**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE    **:**    NO.  497
MAGISTERIAL DISTRICTS WITHIN THE    **:**
42nd JUDICIAL DISTRICT OF THE    **:**    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA    **:**

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 42nd Judicial District (Bradford County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial District 42-3-02 within Bradford County as it currently exists, to be effective immediately; and that the realignment of Magisterial Districts 42-3-01, 42-3-03, and 42-3-04, to be effective November 1, 2022, is granted

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 42-3-01 | Alba Borough |
| Magisterial District Judge Jonathan W. Wilcox | Armenia Township |
| | Canton Borough |
| | Canton Township |
| | Columbia Township |
| | Granville Township |
| | LeRoy Township |
| | Ridgebury Township |
| | Smithfield Township |
| | South Creek Township |
| | Springfield Township |
| | Sylvania Borough |
| | Troy Borough |

Troy Township
Ulster Township
Wells Township
West Burlington Township


Magisterial District 42-3-02                    Athens Borough
Magisterial District Judge Larry J. Hurley      Athens Township
                                                Sayre Borough
                                                South Waverly Borough

Magisterial District 42-3-03                    Albany Township
Magisterial District Judge Todd A. Carr         Burlington Township
                                                Burlington Borough
                                                Franklin Township
                                                Monroe Borough
                                                Monroe Township
                                                New Albany Borough
                                                North Towanda Township
                                                Overton Township
                                                Towanda Borough
                                                Towanda Township


Magisterial District 42-3-04                    Asylum Township
Magisterial District Judge Fred M. Wheaton      Herrick Township
                                                LeRaysville Borough
                                                Litchfield Township
                                                Orwell Township
                                                Pike Township
                                                Rome Borough
                                                Rome Township
                                                Sheshequin Township
                                                Standing Stone Township
                                                Stevens Township
                                                Terry Township
                                                Tuscarora Township
                                                Warren Township
                                                Wilmot Township
                                                Windham Township
                                                Wysox Township
                                                Wyalusing Borough
                                                Wyalusing Township